IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK A. VAN VLEET, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WILLS, *et al.*, <br><br> Defendants. | Case No. 22-cv-00008-SPM |

## NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Plaintiff Mark Van Vleet brought this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. His Amended Complaint (Doc. 12) alleges that Defendants denied him adequate medical care for gastrointestinal bleeding. At the time of initiating this lawsuit, Plaintiff was an inmate of the Illinois Department of Corrections ("IDOC") and incarcerated at Menard Correctional Center ("Menard"). Defendants have filed a motion requesting to dismiss this case due to Plaintiff's failure to comply with the orders of the Court instructing him to file a notice within seven days of his change of address and for failure to prosecute his claims. (Doc. 22). They inform the Court that a document recently sent to Plaintiff's current address at Menard was returned as undeliverable because Plaintiff was released on parole. Because Plaintiff has failed to file a notice of change of address, and there is no current address to serve him with any pleadings, correspondence, or discovery, Defendants seek dismissal pursuant to Federal Rule of Civil Procedure 41(b).

A review of IDOC's website does not yield results for Plaintiff's name or IDOC number.[1]

---

[1] *See* https://idoc.illinois.gov/offender/inmatesearch.html (last visited July 17, 2023).

Page 1 of 2

Plaintiff was previously advised that he has a continuing obligation to keep the Court and each opposing party informed of any change in his address (Doc. 4, 11, 13). He was warned that he was to inform the Court of any change in his address no later than seven days after a transfer or other change in address. He was further warned that failure to comply with the Order could result in the dismissal of his case for lack of prosecution. Plaintiff has not updated his address with the Court since his release, nor has he filed anything with the Court since June 13, 2022.

Accordingly, **NOTICE IS HEREBY GIVEN** that this case will be dismissed for Plaintiff's failure to update his address and to prosecute his claims unless action is taken within 14 days of this Order. Plaintiff has until **July 31, 2023,** to update his address and indicate his intentions to pursue his claims. Otherwise, his claims will be dismissed for failure to prosecute. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**DATED:   July 17, 2023**

*s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**